FILED
U.S DISTRICT COURT

2012 JUL 30 PM 3:45

CLERK
SD DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK DOUGLAS HARRIS,

    Plaintiff,

vs.

1:08-CV230-SPM/WCS

DEBORAH HICKEY, et al,

CV212- 131

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 14). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed. Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Southern District of Georgia, Brunswick Division, for all further proceedings.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

DONE AND ORDERED this <u>twelfth</u> day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge